IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
|     PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 1:24-mj-00087-AEM |
| | * |
| | * |
| OWEN DEMOY BYFIELD | * |
|     DEFENDANT, | * |

### NOTICE OF DEFENDANT'S INTENTION TO PLEAD GUILTY
### AND MOTION FOR RULE 11 HEARING

Comes now, Owen Byfield, in the above captioned matter, by and through counsel, and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, notifies the Court of his intention to plead guilty to Count 1 and Count 2 of the Information.

Mr. Byfield requests the Court schedule a Rule 11 hearing and order that the time between the filing of this notice and motion up to and including the time that hearing is deemed excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(7), as the delay serves the ends of justice and outweighs the defendant's right to a speedy trial. Mr. Byfield is requesting that the change of plea hearing be scheduled at the Court's convenience.

        Owen Byfield,
        By his attorney

        s/*Kensley R. Barrett*
        KENSLEY R. BARRETT
        Law Office of Kensley R. Barrett
        1000 Chapel View Blvd, Suite 260
        Cranston, RI 02920
        Phone: (401) 601.8646
        Fax: 617.904.1839
        E-mail: ken@krbarrettlaw.com
        Bar No. 8657

### CERTIFICATE OF SERVICE

I, do hereby certify that on October 29, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

        John McAdams
        Assistant United States Attorney
        Providence, RI

Respectfully submitted,

s/*Kensley R. Barrett*
KENSLEY R. BARRETT